371 A.2d 226

Commonwealth v. Gattis, Appellant.

Submitted June 14, 1976. Roy Davis, Assistant Public Defender, for appellant; John G. Siegle, Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.